# IN THE UNITED STATES DISTRICT COURT FOR THE

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JAIME ALBERTO DELGADO,** individually and as guardian ad litem of **JAIME JULIAN DELGADO,**<br><br>            **Plaintiff,**<br><br>    v.<br><br>**WAL-MART STORES, INC.,**<br><br>            **Defendant.** | NO. 1:09-CV-02199 AWI-SMS<br><br>**ORDER GRANTING PRO HAC VICE APPLICATION** |

The court has read and considered the application of Mark A. Carrigan for admission to practice Pro Hac Vice under the provisions of Local Rule 83-180(b)(2) of the Local Rules of Practice of the United States District Court for this District.  Having reviewed the application, Mark A. Carrigan's application for admission to practice Pro Hac Vice is GRANTED.

IT IS SO ORDERED.

Dated:   **January 5, 2010**             /s/ Anthony W. Ishii
                                         CHIEF UNITED STATES DISTRICT JUDGE