1  Stephen R. Cornwell, CA Bar #40737  (SPACE BELOW FOR FILING STAMP ONLY)
   CORNWELL & SAMPLE, LLP
2  Attorneys at Law
   7045 N. Fruit Avenue
3  Fresno, CA 93711-0761
   Telephone: (559) 431-3142
4  Facsimile: (559) 436-1135

5  Attorneys for PLAINTIFFS JAIME ALBERTO
   DELGADO, INDIVIDUALLY AND AS
6  GUARDIAN AD LITEM OF JAIME JULIAN
   DELGADO

8                    UNITED STATES DISTRICT COURT

9            EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

10 | JAIME ALBERTO DELGADO, | CASE NO. 1:09-CV-02199-AWI-SMS
   | INDIVIDUALLY AND AS GUARDIAN
11 | AD LITEM OF JAIME JULIAN
   | DELGADO,
12 |
   |          Plaintiffs,
13 |
   |     v.
14 |                                     | **PETITION AND ORDER FOR**
   | WAL-MART STORES INC.,                | **GUARDIAN AD LITEM**
15 |
16 |          Defendant.

17          Petitioner and Plaintiff Real Party In Interest herein, JAIME JULIAN

18 DELGADO, through his parent and caregiver JAIME ALBERTO DELGADO, states the

19 following:

20          1.    Petitioner is a minor, whose date of birth is ___April 5, 2007___. He

21 was involved in an incident in which his mother and half-sister were killed allegedly, caused

22 by Defendant's negligence.

23          2.    The minor has no general guardian and no previous petition for

24 appointment of guardian ad litem has been filed in this matter.

25          3.    JAIME ALBERTO DELGADO, whose address is Pto. Salinas Cruz

26 #218, Col. Los Ramblaces, Pto. Vallarto, Jalisco, is a competent and responsible person, and

27 he is fully competent to act as JAIME JULIAN DELGADO's Guardian ad Litem. He is the

28 father of Jaime Julian Delgado.

4. California law provides that a minor cannot sue in his or her own name. Rather, litigation must be conducted through a guardian ad litem. (Cal. Fam. Code § 6601; Cal. Code of Civ. Pro. § 372.) Rule 17 (c) of the Federal Rules of Civil Procedure likewise provides for the appointment of a guardian ad litem or similar next friend of a minor in order to protect the minor's interests.

5. JAIME ALBERTO DELGADO is willing to serve as JAIME JULIAN DELGADO's Guardian Ad Litem on a prospective basis, as appears by his consent attached hereto.

WHEREFORE, Petitioner moves this Court for an order appointing JAIME ALBERTO DELGADO as Petitioner's Guardian as Litem for the purposes of pursuing this action against Defendant.

DATED: January 18, 2010.
CORNWELL & SAMPLE, LLP

By: /s/ Stephen R. Cornwell
Stephen R. Cornwell
Attorney for Plaintiffs
JAIME ALBERTO DELGADO,
INDIVIDUALLY AND AS GUARDIAN AD
LITEM OF JAIME JULIAN DELGADO

**DECLARATION OF JAIME ALBERTO DELGADO IN SUPPORT OF PETITION FOR GUARDIAN AD LITEM**

I, Jaime Alberto Delgado, state:

1. I am an adult and a resident of Puerto Vallarta, Jalisco, Mexico. I have personal knowledge of the matters set forth in this declaration. If called, I would be competent to testify to the truth of these matters.

2. Petitioner JAIME JULIAN DELGADO is a minor. His date of birth is April 5, 2007. I am his parent and caregiver.

/ / /

I declare under penalty of perjury that the foregoing is true and correct and this declaration was executed on December 29, 2009, in Puerto Vallarta, Jalisco, Mexico.

<u>Jaime Alberto Delgado</u>
JAIME ALBERTO DELGADO

**CONSENT TO ACT AS GUARDIAN AD LITEM**

I, Jaime Alberto Delgado, consent to act as Guardian ad Litem for minor Petitioner JAIME JULIAN DELGADO in the above action.

Dated: December 29, 2009            <u>Jaime Alberto Delgado</u>
                                                            JAIME ALBERTO DELGADO

**ORDER**

GOOD CAUSE APPEARING, the Petition for an order appointing Jaime Alberto Delgado as Guardian ad Litem for Jaime Julian Delgado for purposes of this action is GRANTED.

IT IS SO ORDERED.

**Dated:   January 21, 2010**          <u>/s/ Sandra M. Snyder</u>
                                                   UNITED STATES MAGISTRATE JUDGE