1  Stephen R. Cornwell, CA Bar #40737          (SPACE BELOW FOR FILING STAMP ONLY)
   CORNWELL & SAMPLE, LLP
2  Attorneys at Law
   7045 N. Fruit Avenue
3  Fresno, CA  93711-0761
   Telephone: (559) 431-3142
4  Facsimile:  (559) 436-1135

5  Attorneys for PLAINTIFFS JAIME ALBERTO
   DELGADO, INDIVIDUALLY AND AS GUARDIAN AD
6  LITEM OF JAIME JULIAN DELGADO,

7

8                    UNITED STATES DISTRICT COURT

9              EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

10  JAIME    ALBERTO    DELGADO,
    INDIVIDUALLY AND AS GUARDIAN
    AD   LITEM   OF   JAIME   JULIAN       CASE NO.  1:09-CV-02199-AWI-SMS
11  DELGADO,

12             Plaintiffs,                   **STIPULATION CORRECTING
                                             NAMES OF DECEDENTS AS
13      v.                                   STATED IN THE AMENDED
                                             COMPLAINT; AND ORDER**
14  WAL-MART STORES INC.,

15             Defendant.

16

17

18          IT IS HEREBY STIPULATED by and between counsel for all the parties that

19  names of the decedents as stated in the Amended Complaint shall be corrected to read as

    follows:
20
            All references to Brandi Morehill Delgado or any derivation thereof shall be
21
    corrected to read: "Brandy Marie Hill" or "Brandy Delgado".
22
            All references to Jordan Morehill shall be corrected to read: "Jordyn Marie
23
    Hill".
24

25

26          This stipulation may be signed in counterpart and a faxed copy may be

27  presented to the Court.

28

1   DATED:   May _____, 2010.                   CORNWELL & SAMPLE, LLP

2

3

4

5                                               By:   ___/s/___ Stephen R. Cornwell____
                                                Stephen R. Cornwell
6                                               Attorney for Plaintiffs
                                                JAIME ALBERTO DELGADO,
7                                               INDIVIDUALLY AND AS
                                                GUARDIAN AD LITEM OF
8                                               JAIME JULIAN DELGADO

9

10  DATED:   May _____, 2010.                   SHOOK, HARDY AND BACON, LLP

11

12                                              By:   ___/s/___ Frank C. Rothrock____
                                                Frank C. Rothrock
13                                              Attorney for Defendant
                                                WAL-MART STORES, INC.

14

15

16  IT IS SO ORDERED.

17  **Dated:   __May 26, 2010__**            _____/s/ Sandra M. Snyder_____
                                             UNITED STATES MAGISTRATE JUDGE
18

19

20

21

22

23

24

25

26

27

28