Frank C. Rothrock, (SBN: 54452)
frothrock@shb.com
Paul B. La Scala, (SBN: 186939)
plascala@shb.com
Natasha L. Mosley, (SBN: 246352)
nmosley@shb.com
SHOOK, HARDY & BACON, LLP
5 Park Plaza, Suite 1600
Irvine, California 92614
Telephone: (949) 475-1500
Facsimile: (949) 475-0016

Attorneys for Defendant Wal-Mart Stores, Inc.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA – FRESNO DIVISION

| | |
|---|---|
| JAIME ALBERTO DELGADO, individually and as guardian ad litem of JAIME JULIAN DELGADO,<br><br>    Plaintiffs,<br>  vs.<br><br>WAL-MART STORES, INC.,<br><br>    Defendant. | Case No. 1:09-cv-02199 AWI (SMS)<br><br>Judge: Hon. Anthony W. Ishii<br>Mag. Judge: Hon. Sandra M. Snyder<br><br>**STIPULATION AND ORDER REGARDING LOCATION AND MANNER OF TAKING DEPOSITION OF PLAINTIFF JAIME ALBERTO DELGADO**<br><br>Amended Complaint filed: 12/17/09 |

Defendant Wal-Mart Stores, Inc. ("Wal-Mart") noticed the deposition of plaintiff Jaime Alberto Delgado ("Mr. Delgado") to be taken in Fresno, California, on November 11, 2010. Mr. Delgado's counsel filed a Motion for a Protective Order, set for hearing on December 3, 2010, to preclude the taking of his deposition as noticed on the ground he is citizen and resident of Mexico and has been unable to obtain a visa that would permit him to travel lawfully to California for his deposition. Wal-Mart contends that since Mr. Delgado chose a forum in California, he should make himself available in California for an in-person deposition.

PDF created with pdfFactory trial version www.pdffactory.com

The parties have met and conferred in an effort to resolve their disagreement over the location and manner of taking Mr. Delgado's deposition. As a result of their joint efforts to resolve their dispute, the parties hereby agree and stipulate as follows:

1. The deposition of Mr. Delgado may proceed remotely by video-conference with counsel for the parties and an officer authorized to administer oaths present at the offices of counsel for Wal-Mart in California while Mr. Delgado, a certified English-Spanish translator, and a representative from Mr. Delgado's counsel are present in Puerto Vallarta, Mexico. The deposition shall proceed in accordance with the Federal Rules of Civil Procedure, including Rules 26 and 30. The expense of the video-conference deposition shall be paid by plaintiff.

2. The video-conference deposition shall be without prejudice to Wal-Mart's right to seek an order compelling Mr. Delgado to appear for an in-person deposition within the Eastern District of California in the event the video-conference deposition proves to be an unsuitable alternative to an in-person deposition.

3. The video-conference deposition of Mr. Delgado shall be without prejudice to Wal-Mart's right to seek an order compelling an in-person deposition of Mr. Delgado within the Eastern District of California within fifteen days of the trial of this case in the event Mr. Delgado intends to appear as a live witness at trial.

PDF created with pdfFactory trial version www.pdffactory.com

4. Counsel for Mr. Delgado shall provide written assurance to counsel for Wal-Mart that the video-conference deposition of Mr. Delgado will not violate Mexican law.

Dated: December 2, 2010						CARRIGAN, MCCLOSKEY & ROBERSON, LLP


								By: /s/ Mark A. Carrigan
								    (authorized on 12/2/2010)
								    Mark A. Carrigan
								    Attorneys for Plaintiff
								    Jaime Alberto Delgado, individually
								    and as guardian ad litem of
								    Jaime Julian Delgado


Dated: December 2, 2010						SHOOK, HARDY & BACON L.L.P.


								By: /s/ Frank C. Rothrock
								    Frank C. Rothrock
								    Paul B. La Scala
								    Natasha L. Mosley
								    Attorneys for Defendant
								    Wal-Mart Stores, Inc.


**IT IS SO ORDERED.**

Dated: December 9, 2010				/s/ Sandra M. Snyder
							UNITED STATES CHIEF MAGISTRATE JUDGE

3

STIPULATION AND ORDER REGARDING LOCATION OF
DEPOSITION OF JAIME ALBERTO DELGADO

PDF created with pdfFactory trial version www.pdffactory.com

# PROOF OF SERVICE

I am employed in the County of Orange, State of California. I am over the age of 18 and not a party to the within action. My business address is 5 Park Plaza, Suite 1600, Irvine, California 92614.

On December 2, 2010, I served on the interested parties in said action the within:

**STIPULATION AND ORDER RE LOCATION AND MANNER OF TAKING DEPOSITION OF JAIME ALBERTO DELGADO AND PROPOSED ORDER**

by placing a true copy thereof in a sealed envelope(s) addressed as stated on the attached mailing list.

☐ (MAIL) I am readily familiar with this firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. postal service on that same day in the ordinary course of business. I am aware that on motion of party served, service is presumed invalid if postal cancellation date or postage meter date is more than 1 day after date of deposit for mailing in affidavit.

☐ (FAX) I caused such document(s) to be served via facsimile on the interested parties at their facsimile numbers listed above. The facsimile numbers used complied with California Rules of Court, Rule 2003, and no error was reported by the machine. Pursuant to California Rules of Court, Rule 2006(d), I caused the machine to print a report of the transmission, a copy of which is attached to the original of this declaration.

☐ (BY FEDERAL EXPRESS, AN OVERNIGHT DELIVERY SERVICE) By placing a true and correct copy of the above document(s) in a sealed envelope addressed as indicated above and causing such envelope(s) to be delivered to the FEDERAL EXPRESS Service Center, on _____, to be delivered by their next business day delivery service on _____, to the addressee designated.

☒ (ELECTRONIC FILING) I provided the document(s) listed above electronically through the CM/ECF system pursuant to the instructions set forth in the Local Rules for the United States District Court for the Eastern District of California.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on December 2, 2010, at Irvine, California.

| Deborah Hohmann | /s/ Deborah Hohmann |
|---|---|
| (Type or print name) | (Signature) |

PDF created with pdfFactory trial version www.pdffactory.com

# SERVICE LIST

| | |
|---|---|
| Stephen R. Cornwell, Esq.<br>Cornwell & Sample, LLP<br>7045 N. Fruit Avenue<br>Fresno, CA  93711<br><br>Tel:  (559) 431-3142<br>Fax:  (559) 436-1135<br>steve@cornwellsample.com<br>**Counsel for Plaintiff** | Mark A. Carrigan, Esq.<br>Carrigan, McCloskey & Roberson, LLP<br>945 Heights Blvd.<br>Houston, TX  77008<br><br>Tel:  (713) 868-5581<br>Fax:  (713)<br>mcarrigan@cmrllp.com<br>**Co-counsel for Plaintiff** |

PDF created with pdfFactory trial version www.pdffactory.com