Stephen R. Cornwell, CA Bar #40737
CORNWELL & SAMPLE, LLP
Attorneys at Law
7045 N. Fruit Avenue
Fresno, CA 93711-0761
Telephone: (559) 431-3142
Facsimile:  (559) 436-1135

Mark A. Carrigan, TX Bar #03875200
CARRIGAN, McCLOSKEY & ROBERSON, LLP
945 Heights Boulevard
Houston, TX 77008
Telephone: (713) 868-5581
Facsimile: (713) 868-1275

Attorneys for Plaintiffs JAIME ALBERTO DELGADO, INDIVIDUALLY AND AS GUARDIAN AD LITEM OF JAIME JULIAN DELGADO

(SPACE BELOW FOR FILING STAMP ONLY)

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| JAIME ALBERTO DELGADO, INDIVIDUALLY AND AS GUARDIAN AD LITEM OF JAIME JULIAN DELGADO,<br><br>Plaintiffs,<br><br>v.<br><br>WAL-MART STORES INC.,<br><br>Defendant. | CASE NO.: 1:09-CV-02199-AWI-SMS<br><br>**STIPULATION RESETTING EXPERT DEADLINE DATES; AND ORDER THEREON** |

IT IS HEREBY STIPULATED by and between counsel for all the parties that the expert deadline dates be rescheduled. The parties have engaged in discovery with numerous documents being exchanged, have taken a deposition, and there are additional depositions remaining to be completed, including the depositions of WAL-MART STORES, INC. employees. Those depositions are scheduled to be completed in April 2011. Therefore, the parties have stipulated as follows:

Plaintiff's Expert Disclosure:
    Old Date:    April 11, 2011
    New Date:    May 2, 2011

Defendant's Expert Disclosure:
    Old Date:    May 23, 2011
    New Date:    June 13, 2011

Plaintiff's Supplemental Expert Disclosure:
    Old Date:    June 6, 2011
    New Date:    June 27, 2011

Defendant's Supplemental Expert Disclosure:
    Old Date:    June 27, 2011
    New Date:    July 18, 2011

DATED: April 4, 2011.

        CARRIGAN McCLOSKEY & ROBERSON, L.L.P.

        By:    /s/   Mark A. Carrigan
        Mark A. Carrigan
        Attorney for Plaintiffs
        JAIME ALBERTO DELGADO,
        INDIVIDUALLY AND AS GUARDIAN AD
        LITEM OF JAIME JULIAN DELGADO

DATED: April 4, 2011.

        SHOOK, HARDY AND BACON, LLP

        By:    /s/   Paul B. LaScala
        Paul B. LaScala
        Attorney for Defendant
        WAL-MART STORES, INC

CORNWELL & SAMPLE LLP
7045 N. Fruit Avenue
Fresno, CA 93711

STIPULATION RESETTING EXPERT DEADLINE DATES; AND ORDER THEREON
-2-

**ORDER**

IT IS SO ORDERED.

Dated:  April 6, 2011              /s/ Sandra M. Snyder
                             UNITED STATES MAGISTRATE JUDGE

F:\WP\Cases\Delgado\Pleadings\STIPULATION.EXPERTS.doc