1  Stephen R. Cornwell, CA Bar #40737                    (SPACE BELOW FOR FILING STAMP ONLY)
   CORNWELL & SAMPLE, LLP
2  Attorneys at Law
   7045 N. Fruit Avenue
3  Fresno, CA  93711-0761
   Telephone: (559) 431-3142
4  Facsimile:  (559) 436-1135

5  Mark A. Carrigan, TX Bar #03875200
   CARRIGAN, McCLOSKEY & ROBERSON, LLP
6  945 Heights Boulevard
   Houston, TX  77008
7  Telephone: (713) 868-5581
   Facsimile: (713) 868-1275
8
   Attorneys  for  Plaintiffs  JAIME  ALBERTO
9  DELGADO,    INDIVIDUALLY    AND    AS
   GUARDIAN  AD  LITEM  OF  JAIME  JULIAN
10 DELGADO

11

12                          UNITED STATES DISTRICT COURT

13           EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

14

15 JAIME        ALBERTO       DELGADO,   | CASE NO.:  1:09-CV-02199-AWI-SMS
   INDIVIDUALLY AND AS GUARDIAN        |
16 AD    LITEM    OF   JAIME   JULIAN   |
   DELGADO,                            | **REQUEST TO SUBMIT**
17                                      | **DOCUMENTS UNDER SEAL;**
                                        | **MEMORANDUM OF POINTS AND**
18              Plaintiffs,             | **AUTHORITIES IN SUPPORT**
                                        | **THEREOF**
19      v.                              |
                                        | **ORDER**
20 WAL-MART STORES INC.,                | **(Doc. 56)**
21
              Defendant.
22

23

24 TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

25          Pursuant to Eastern District of California Local Rule 141, Plaintiff JAIME

26 JULIAN DELGADO, a minor, by and through his Guardian ad Litem, JAIME ALBERTO

27 DELGADO, requests permission to file all documents under seal that relate to a Petition for

28 Approval of Minor's Settlement to be submitted in this matter.  Plaintiff seeks to preserve the

CORNWELL & SAMPLE LLP
7045 N. Fruit Avenue
Fresno, CA 93711

1   confidentiality of the settlement as the parties agreed and as required in the Confidential

2   Settlement Agreement and Release of All Claims.

3          Copies of the aforesaid Petition are being submitted via email to the Judge

4   Magistrate in this matter along with this Request.

5

6   DATED: March 12, 2012

                                           CORNWELL & SAMPLE, LLP
7   .

8

9

10                                 By:     /s/    Stephen R. Cornwell
                                           Stephen R. Cornwell
11                                         Attorney for Plaintiffs
                                           JAIME ALBERTO DELGADO,
12                                 INDIVIDUALLY AND AS GUARDIAN AD
                                   LITEM OF JAIME JULIAN DELGADO
13

14

15

16

17   **MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF
     THE REQUEST TO SUBMIT DOCUMENTS UNDER SEAL**
18

19          The personal right to privacy is a protected constitutional right. *Johnson v.*

20   *Superior Court* (2000) 80 Cal. App. 4th 1050, 1068; and *City of Santa Barbara v. Adamson*

21   (1980) 27 Cal. 3d 123, 130.  Zones of privacy are recognized under the constitutional

22   provisions which protect against disclosure of certain private information, such as financial

23   information. *City of Carmel-by-the-Sea v. Young* (1970) 2 Cal3d 259, 268.

24          Plaintiff JAIME JULIAN DELGADO is a minor making it all the more

25   important to keep the terms of the settlement confidential from people who might want to

26   take advantage of him.  Further, the parties agreed to confidentiality provisions as part of

27   their negotiated settlement agreement.

28   / / /

CORNWELL & SAMPLE LLP
7045 N. Fruit Avenue
Fresno, CA 93711

1    Therefore, Plaintiff requests that the settlement documents be sealed indefinitely

2    to protect Plaintiff's constitutional right to privacy.

3    DATED: March 12, 2012.

4                                        CORNWELL & SAMPLE, LLP

5

6

7                                        By:    /s/    Stephen R. Cornwell

8                                               Stephen R. Cornwell
                                                Attorney for Plaintiffs
9                                               JAIME ALBERTO DELGADO,
                                         INDIVIDUALLY AND AS GUARDIAN AD
10                                       LITEM OF JAIME JULIAN DELGADO

11

12

13

14                                   **ORDER**

15    GOOD CAUSE APPEARING, in connection with his Petition for Approval of

16    Minor's Settlement, Plaintiff JAIME JULIAN DELGADO, a minor, by and through his

17    Guardian ad Litem, JAIME ALBERTO DELGADO, is permitted to file the entire Petition

18    for Approval of Minor's Settlement under seal.

19

20

21

22

23

24    IT IS SO ORDERED.

25    Dated:   **March 14, 2012**                  **/s/ Sandra M. Snyder**
26                                               UNITED STATES MAGISTRATE JUDGE

27

28

CORNWELL & SAMPLE LLP
7045 N. Fruit Avenue
Fresno, CA 93711