Stephen R. Cornwell, CA Bar #40737     **(SPACE BELOW FOR FILING STAMP ONLY)**
CORNWELL & SAMPLE, LLP
Attorneys at Law
7045 N. Fruit Avenue
Fresno, CA 93711-0761
Telephone: (559) 431-3142
Facsimile: (559) 436-1135

Mark A. Carrigan, TX Bar #03875200
CARRIGAN, McCLOSKEY & ROBERSON, LLP
945 Heights Boulevard
Houston, TX 77008
Telephone: (713) 868-5581
Facsimile: (713) 868-1275

Attorneys for Plaintiffs JAIME ALBERTO DELGADO, INDIVIDUALLY AND AS GUARDIAN AD LITEM OF JAIME JULIAN DELGADO

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| JAIME ALBERTO DELGADO, INDIVIDUALLY AND AS GUARDIAN AD LITEM OF JAIME JULIAN DELGADO,<br><br>Plaintiffs,<br><br>v.<br><br>WAL-MART STORES INC.,<br><br>Defendant. | CASE NO.: 1:09-CV-02199-AWI-SMS<br><br>**REQUEST TO SUBMIT DOCUMENTS UNDER SEAL; MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT THEREOF**<br><br>**ORDER**<br>**(Doc. 56)** |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

    Pursuant to Eastern District of California Local Rule 141, Plaintiff JAIME JULIAN DELGADO, a minor, by and through his Guardian ad Litem, JAIME ALBERTO DELGADO, requests permission to file all documents under seal that relate to a Petition for Approval of Minor's Settlement to be submitted in this matter. Plaintiff seeks to preserve the

confidentiality of the settlement as the parties agreed and as required in the Confidential Settlement Agreement and Release of All Claims.

Copies of the aforesaid Petition are being submitted via email to the Judge Magistrate in this matter along with this Request.

DATED: March 12, 2012

.

CORNWELL & SAMPLE, LLP

By:   /s/   Stephen R. Cornwell
Stephen R. Cornwell
Attorney for Plaintiffs
JAIME ALBERTO DELGADO,
INDIVIDUALLY AND AS GUARDIAN AD LITEM OF JAIME JULIAN DELGADO

### MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF THE REQUEST TO SUBMIT DOCUMENTS UNDER SEAL

The personal right to privacy is a protected constitutional right. *Johnson v. Superior Court* (2000) 80 Cal. App. 4th 1050, 1068; and *City of Santa Barbara v. Adamson* (1980) 27 Cal. 3d 123, 130. Zones of privacy are recognized under the constitutional provisions which protect against disclosure of certain private information, such as financial information. *City of Carmel-by-the-Sea v. Young* (1970) 2 Cal3d 259, 268.

Plaintiff JAIME JULIAN DELGADO is a minor making it all the more important to keep the terms of the settlement confidential from people who might want to take advantage of him. Further, the parties agreed to confidentiality provisions as part of their negotiated settlement agreement.

/ / /

Therefore, Plaintiff requests that the settlement documents be sealed indefinitely to protect Plaintiff's constitutional right to privacy.

DATED: March 12, 2012.

                                              CORNWELL & SAMPLE, LLP

By:    /s/   Stephen R. Cornwell
        Stephen R. Cornwell
        Attorney for Plaintiffs
      JAIME ALBERTO DELGADO,
INDIVIDUALLY AND AS GUARDIAN AD
   LITEM OF JAIME JULIAN DELGADO

## **ORDER**

GOOD CAUSE APPEARING, in connection with his Petition for Approval of Minor's Settlement, Plaintiff JAIME JULIAN DELGADO, a minor, by and through his Guardian ad Litem, JAIME ALBERTO DELGADO, is permitted to file the entire Petition for Approval of Minor's Settlement under seal.

IT IS SO ORDERED.

Dated:   **March 14, 2012**                **/s/ Sandra M. Snyder**
                                                     UNITED STATES MAGISTRATE JUDGE