1   Stephen R. Cornwell, CA Bar #40737                    (SPACE BELOW FOR FILING STAMP ONLY)
    CORNWELL & SAMPLE, LLP
2   Attorneys at Law
    7045 N. Fruit Avenue
3   Fresno, CA  93711-0761
    Telephone: (559) 431-3142
4   Facsimile:  (559) 436-1135

5   Mark A. Carrigan, TX Bar #03875200
    CARRIGAN, McCLOSKEY & ROBERSON, LLP
6   945 Heights Boulevard
    Houston, TX  77008
7   Telephone: (713) 868-5581
    Facsimile: (713) 868-1275
8
    Attorneys for Plaintiffs JAIME  ALBERTO
9   DELGADO,  INDIVIDUALLY  AND  AS
    GUARDIAN  AD  LITEM  OF  JAIME  JULIAN
10  DELGADO

11

12                      UNITED STATES DISTRICT COURT

13            EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

14

15  JAIME      ALBERTO      DELGADO,   CASE NO.:  1:09-CV-02199-AWI-SMS
    INDIVIDUALLY  AND  AS  GUARDIAN
16  AD   LITEM   OF   JAIME   JULIAN
    DELGADO,
17
            Plaintiffs,
18
        v.
19
20  WAL-MART STORES INC.,                   **STIPULATION AND ORDER RE**
                                            **DISMISSAL OF ENTIRE ACTION**
21          Defendant.                      **WITH PREJUDICE**

22  ────────────────────────────────

23  **TO THE ABOVE UNITED STATES DISTRICT COURT AND THE CLERK OF**
    **THE COURT IN THE ABOVE-ENTITLED ACTION:**
24

25          Plaintiffs JAIME ALBERTO DELGADO, INDIVIDUALLY AND AS

26  GUARDIAN AD LITEM OF JAIME JULIAN DELGADO and Defendant WAL-MART

27  STORES, INC. (collectively referred to as the "Parties") acknowledge that a bona fide

28  dispute exists between the Parties in connection with the allegations in this lawsuit and that

the Parties have agreed to resolve their disputes for fair consideration, conditioned upon

dismissal of this lawsuit with prejudice.

THEREFORE, IT IS HEREBY STIPULATED by and between Plaintiffs

JAIME ALBERTO DELGADO, INDIVIDUALLY AND AS GUARDIAN AD LITEM OF

JAIME JULIAN DELGADO and Defendant WAL-MART STORES, INC., through their

respective counsel of record, that the above-entitled action be and hereby is dismissed with

prejudice in its entirety pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure.

Each party shall bear his/its own attorneys' fees and costs.

IT IS SO STIPULATED.

DATED: April 17, 2012.

CORNWELL & SAMPLE, LLP


By: :      /s/   Stephen R. Cornwell
              Stephen R. Cornwell
            Attorney for Plaintiffs
        JAIME ALBERTO DELGADO,
        INDIVIDUALLY AND AS GUARDIAN AD
        LITEM OF JAIME JULIAN DELGADO

DATED: April 26, 2012.

SHOOK, HARDY AND BACON, LLP


By:      /s/   Frank C. Rothrock
              Paul B. LaScala
            Frank C. Rothrock
          Attorney for Defendant
          WAL-MART STORES, INC

CORNWELL & SAMPLE LLP
7045 N. Fruit Avenue
Fresno, CA 93711

STIPULATION OF DISMISSAL
-2-

1    Pursuant to the Parties' stipulation, the Clerk of the Court is DIRECTED to close

2  this action pursuant to Rule 41 of the Federal Rules of Civil Procedure.

3

4

5  IT IS SO ORDERED.

6  Dated:   May 7, 2012          _____

7                                          CHIEF UNITED STATES DISTRICT JUDGE

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

CORNWELL & SAMPLE LLP
7045 N. Fruit Avenue
Fresno, CA 93711

STIPULATION OF DISMISSAL
-3-