1 | Stephen R. Cornwell, CA Bar #40737          (SPACE BELOW FOR FILING STAMP ONLY)
CORNWELL & SAMPLE, LLP
2 | Attorneys at Law
7045 N. Fruit Avenue
3 | Fresno, CA  93711-0761
Telephone: (559) 431-3142
4 | Facsimile:  (559) 436-1135

5 | Mark A. Carrigan, TX Bar #03875200
CARRIGAN, McCLOSKEY & ROBERSON, LLP
6 | 945 Heights Boulevard
Houston, TX  77008
7 | Telephone: (713) 868-5581
Facsimile: (713) 868-1275

8

9 | Attorneys for Plaintiffs JAIME ALBERTO
DELGADO, INDIVIDUALLY AND AS
GUARDIAN AD LITEM OF JAIME JULIAN
10 | DELGADO

11

12 | UNITED STATES DISTRICT COURT

13 | EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

14

15 | JAIME ALBERTO DELGADO, | CASE NO.:  1:09-CV-02199-AWI-SMS
INDIVIDUALLY AND AS GUARDIAN
16 | AD LITEM OF JAIME JULIAN
DELGADO,
17

18 | Plaintiffs,

19 | v.

20 | WAL-MART STORES INC., | **STIPULATION AND ORDER RE
DISMISSAL OF ENTIRE ACTION
21 | WITH PREJUDICE**

22 | Defendant.

23 | **TO THE ABOVE UNITED STATES DISTRICT COURT AND THE CLERK OF
THE COURT IN THE ABOVE-ENTITLED ACTION:**
24

25 | Plaintiffs JAIME ALBERTO DELGADO, INDIVIDUALLY AND AS

26 | GUARDIAN AD LITEM OF JAIME JULIAN DELGADO and Defendant WAL-MART

27 | STORES, INC. (collectively referred to as the "Parties") acknowledge that a bona fide

28 | dispute exists between the Parties in connection with the allegations in this lawsuit and that

the Parties have agreed to resolve their disputes for fair consideration, conditioned upon dismissal of this lawsuit with prejudice.

THEREFORE, IT IS HEREBY STIPULATED by and between Plaintiffs JAIME ALBERTO DELGADO, INDIVIDUALLY AND AS GUARDIAN AD LITEM OF JAIME JULIAN DELGADO and Defendant WAL-MART STORES, INC., through their respective counsel of record, that the above-entitled action be and hereby is dismissed with prejudice in its entirety pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure. Each party shall bear his/its own attorneys' fees and costs.

IT IS SO STIPULATED.

DATED: April 17, 2012.

CORNWELL & SAMPLE, LLP

By: :        /s/  Stephen R. Cornwell
            Stephen R. Cornwell
            Attorney for Plaintiffs
            JAIME ALBERTO DELGADO,
            INDIVIDUALLY AND AS GUARDIAN AD
            LITEM OF JAIME JULIAN DELGADO

DATED: April 26, 2012.

SHOOK, HARDY AND BACON, LLP

By:        /s/  Frank C. Rothrock
            Paul B. LaScala
            Frank C. Rothrock
            Attorney for Defendant
            WAL-MART STORES, INC

1    Pursuant to the Parties' stipulation, the Clerk of the Court is DIRECTED to close

2  this action pursuant to Rule 41 of the Federal Rules of Civil Procedure.

3

4

5  IT IS SO ORDERED.

6  Dated:   May 7, 2012        _____

7                              CHIEF UNITED STATES DISTRICT JUDGE

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

CORNWELL & SAMPLE LLP
7045 N. Fruit Avenue
Fresno, CA 93711

STIPULATION OF DISMISSAL

-3-